NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SALANDSTACY CORP., ET AL., | : | |
| Plaintiffs, | : | Civil Action No. 11-3439 (JLL) |
| v. | : | |
| DWIGHT FREENEY, ET AL., | : | ORDER |
| Defendants. | : | |

**HAMMER, Magistrate Judge**

It appearing that on October 15, 2012, this Court issued an Order to Show Cause why this matter should not be dismissed for lack of subject matter jurisdiction (ECF No. 125);

and it further appearing that Defendants Krost, Baumgarten, Kniss, and Guerrero, Inc., Greg Kniss, and Jean Hagan filed a declaration in response to the Order to Show Cause on October 25, 2012 (ECF No. 131); that Defendant Roof Group, LLC filed a declaration in response to the Order to Show Cause on October 25, 2012 regarding the citizenship of Roof Group, LLC, Dwight Freeney, Eva Weinberg, and Michael Stern (ECF Nos. 133, 134)[1];

and it further appearing that defendants' declarations state the citizenship of each individual defendant and each member of Defendant Roof Group, LLC, each of which is diverse

---

[1] Defendant Roof Group, LLC, has provided the Court with factual material regarding both Michael Stern and Eva Weinberg's citizenship, including their marriage certificate and the recent criminal complaints and related documents issued against Stern and Weinberg, all listing California addresses. See Declaration of David Kettel in Support of Citizenship Certification (ECF No. 134), Exs. K, L, an M. Therefore, the Court is satisfied from those submissions and the allegations of the First Amended Complaint that the citizenship of Stern and Weinberg is established to be California.

from the citizenship of each plaintiff;

and it appearing that the parties have established that the Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332;

and for good cause shown;

IT IS on this 5th day of November, 2012,

ORDERED that Plaintiff's Amended Complaint, dated May 4, 2012, (ECF No. 52) is deemed amended to include the information contained in defendants' declarations regarding the individual defendants and the members of Defendant Roof Group, LLC; and it is further

ORDERED that the Order to Show Cause is hereby withdrawn.

s/Michael A. Hammer
**Hon. Michael A. Hammer**
**United States Magistrate Judge**