Case 2:12-cv-10106-SJO-E

1 | David A. Kettel (SBN 125745)
david.kettel@kattenlaw.com
2 | Justin A. Ford (SBN 247676)
justin.ford@kattenlaw.com
3 | KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
4 | Los Angeles, CA 90067-3012
Telephone:  310.788.4400
5 | Facsimile:   310.788.4471

FILED
CLERK, U.S. DISTRICT COURT

MAY 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6 | Attorneys for Defendant ROOF GROUP LLC
and Cross-Defendants Dwight Freeney and
7 | Aaron West and ROOF GROUP LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CENTRAL DIVISION

| | |
|---|---|
| SALANDSTACY CORP., SALVATORE FELI, and STACY FELI,<br><br>Plaintiffs,<br><br>v.<br><br>DWIGHT FREENEY, AARON WEST, ROOF GROUP LLC, EVA WEINBERG, DAVID STERN a/k/a DAVID MILLAR a/k/a MICHAEL MILLAR, GREG KNISS, JEAN HAGEN, and KROST, BAUMGARTEN, KNISS & GUERRERO, INC.,<br><br>Defendants.<br><br>And Related Cross Action | CASE NO. 2:12-cv-10106 SJO(Ex)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

1

31737911_381741-00002

1
## ORDER

2   Having reviewed the Stipulated Protective Order, and good cause appearing
3 therefor, the parties' request for stipulated protective order is GRANTED.

4   PURSUANT TO STIPULATION, IT IS SO ORDERED.

5
6 DATED: 5/6/13

~~S. James Otero~~ CHARLES F. EICK
7 United States ~~District Judge~~
MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax