| | |
|---|---|
| 1 | MARK A. BYRNE (CA SB# 116657) |
| 2 | JENNIFER L. DERWIN (CA SB# 222420) |
|   | BYRNE & NIXON LLP |
|   | 888 West Sixth Street, Suite 1100 |
| 3 | Los Angeles, CA 90017 |
|   | Telephone: (213) 620-8003 |
| 4 | Facsimile: (213) 620-8012 |
|   | E-mail: markbyrne@byrnenixon.com |
| 5 |        jenniferderwin@byrnenixon.com |

Attorneys for Defendant
EVA WEINBERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALANDSTACY CORP., SALVATORE FELI, and STACY FELI, | CASE NO. 2:12-cv-10106 SJO(Ex) |
| Plaintiffs, | **JUDGMENT IN FAVOR OF EVA WEINBERG** |
| v. | DATE: January 6, 2014 |
|  | CTRM: Courtroom 1 |
| DWIGHT FREENEY, AARON WEST, ROOF GROUP LLC, EVA WEINBERG, DAVID STERN a/k/a DAVID MILLAR a/k/a MICHAEL MILLAR, GREG KNISS, JEAN HAGEN, and KROST, BAUMGARTEN, KNISS & GUERRERO, INC., | JUDGE: Hon. S. James Otero |
|  | Action Filed: November 27, 2012 |
|  | Trial Date: February 4, 2014 |
| Defendants. |  |

# **JUDGMENT**

On January 6, 2014, Defendant Eva Weinberg's Motion for Summary Judgment Pursuant to Federal Rules of Civil Procedure Rule 56 ("Motion") came on for hearing. After considering the written submissions in support of and in opposition to the Motion and the records and documents on file in this case, IT IS HEREBY ORDERED THAT the Motion is GRANTED and judgment shall be entered in favor of Eva Weinberg and against Plaintiffs SalandStacy Corp., Salvatore Feli, and Stacy Feli ("Plaintiffs").

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed on the merits and that Defendant Eva Weinberg recover her costs.

DATED: January 3, 2014

_____
Hon.  S. James Otero
United States District Judge